# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-60149



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 14 2012
J T NOBLIN CLERK
BY_____ DEPUTY

ROBERT A. COMBEST,

    Plaintiff - Appellant

v.

NORTHRUP GRUMMAN SHIPBUILDING, INCORPORATED, formerly known as Northrup Grumman Ship Systems, Incorporated,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before KING, JOLLY and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellee's motion to dismiss the appeal for lack of jurisdiction is *granted*.

*CDK*
*4-24-12*

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____ Deputy
New Orleans, Louisiana  APR 30 2012